

52 So.2d 884

## Cora Lee ALLEN v. CITY OF BIRMINGHAM.

### 6 Div. 236.

Supreme Court of Alabama.
April 19, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas. H. Brown, of Birmingham, opposed.

BROWN, Justice.

Petition of Cora Lee Allen for certiorari to the Court of Appeals in the case of Allen v. City of Birmingham, 52 So.2d 885. Writ denied on authority of Wilkerson v. State, 246 Ala. 542, 21 So.2d 622.

All the Justices concur.

51 So.2d 908

## Ex parte Bessie BARLOW.

### 6 Div. 205.

Supreme Court of Alabama.
Jan. 3, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.

PER CURIAM.

Application denied, petition dismissed.

FOSTER, LIVINGSTON, LAWSON, and STAKELY, JJ., concur.

51 So.2d 908

## Robert E. BATES v. Nora C. BATES.

### 6 Div. 173.

Supreme Court of Alabama.
Jan. 9, 1951.

McGowen & McGowen, of Birmingham, for appellant.

Geo. Rogers, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

49 So.2d 921

## BIRMINGHAM ELECTRIC CO. v. George C. TUTT, Sr.

### 6 Div. 76.

Supreme Court of Alabama.
Nov. 28, 1950.

Lange, Simpson, Robinson & Somerville, of Birmingham, for appellant.

Abercrombie & Newell and Frank Lee Parsons, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.